# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR MIRAMONTES LOPEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MADERA COUNTY DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:13-cv-00358 DLB PC<br><br>ORDER STRIKING SECOND AMENDED COMPLAINT AND REQUIRING PLAINTIFF TO FILE SIGNED COMPLAINT WITHIN THIRTY DAYS<br><br>(ECF No. 28) |

Plaintiff Omar Miramontes Lopez ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff filed his original complaint on August 26, 2010, in the Central District of California, and is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. On March 1, 2013, Plaintiff filed a First Amended Complaint. (ECF No. 20.)  On March 13, 2013, this action was transferred to the Eastern District of California. (ECF No. 23.) On November 21, 2013, the Court issued a screening order dismissing the First Amended Complaint for failure to state a claim, with leave to amend. (ECF No. 27.)

On January 6, 2014, Plaintiff filed a Second Amended Complaint.  (ECF No. 28.)  The complaint is unsigned.  The Court cannot consider unsigned filings and therefore, the complaint shall be stricken from the record.  Plaintiff has thirty days to file a signed complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. The complaint is stricken from the record for lack of signature;

2. Within **thirty (30) days** from the date of service of this order, Plaintiff must file a signed complaint; and

3. **The failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **March 11, 2015**                    /s/ *Dennis L. Beck*
                                                                  UNITED STATES MAGISTRATE JUDGE