# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR MIRAMONTES LOPEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MADERA COUNTY DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | Case No. 1:13-cv-00358 DLB PC<br><br>ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH COURT ORDER AND FAILURE TO PROSECUTE |

   Plaintiff Omar Miramontes Lopez ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 26, 2010.

   On March 1, 2013, Plaintiff filed a First Amended Complaint. On November 21, 2013, the Court screened the First Amended Complaint and dismissed it with leave to amend. On January 6, 2014, Plaintiff filed a Second Amended Complaint. Plaintiff did not sign the Second Amended Complaint. On March 11, 2015, the Court struck the Second Amended Complaint and granted Plaintiff thirty (30) days from the date of service of the order to file. Plaintiff was advised that the failure to comply with the order would result in dismissal of the action. Over thirty (30) days have

1  passed and Plaintiff has not filed an amended complaint or otherwise communicated with the Court.

2  Accordingly, IT IS HEREBY ORDERED that the case is DISMISSED and the Clerk of
3  Court is DIRECTED to terminate the action.

4
5  IT IS SO ORDERED.

6  Dated:   **April 22, 2015**                              /s/ *Dennis L. Beck*
7                                                              UNITED STATES MAGISTRATE JUDGE